# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Thomas McNary, ) | |
|         Plaintiff, ) | Case No. 2:19-cv-02114-GMN-BNW |
| vs. ) | **ORDER** |
| High Street LLC, ) | |
|         Defendant. ) | |

      In reviewing the docket in this case, it has come to the Court's attention that the parties have not filed a proposed discovery plan and scheduling order. The parties' proposed discovery plan and scheduling order was due on 5/18/2020. (*See* ECF No. 10.)

      IT IS THEREFORE ORDERED that by June 25, 2020, the parties must meet and confer and file a proposed discovery plan and scheduling order.

DATED: June 10, 2020

_____
**Brenda Weksler**
**United States Magistrate Judge**