Daniel R. Watkins
Nevada State Bar No. 11881
dw@wl-llp.com
R. Samuel Ehlers
Nevada State Bar No. 9313
sehlers@wl-llp.com
WATKINS & LETOFSKY, LLP
8935 S. Pecos Rd., Suite 22A
Henderson, NV 89074
Office:(702) 901-7553; Fax: (702) 974-1297
Attorneys for Plaintiff, Thomas McNary

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS MCNARY,<br><br>            Plaintiff,<br><br>vs.<br><br>HIGH STREET LLC, a domestic limited liability company; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No.:  2:19-cv-02114-GMN-BNW<br><br>**JOINT NOTICE OF SETTLEMENT AND ORDER FOR STATUS CHECK IN 120 DAYS** |

    Plaintiff Thomas McNary ("Plaintiff") and Defendant Highstreet LLC ("Defendant") (hereinafter together "Parties") have entered into a settlement agreement which will resolve this case in its entirety.  The settlement terms are confidential, but all settlement actions are to be completed within 90-days.  As such, the Parties request that this Court order this matter on a 120-day status check in compliance with settlement terms.

///

///

///

///

///

///

The parties expect to be able to dismiss this case within 90 days.

DATED this 1st day of December, 2020.        DATED this 1st day of December, 2020.

**WATKINS & LETOFSKY, LLP**                  **GREENBERG TRAURIG, LLP**

/s/ R. Samuel Ehlers                         /s/  Whitney Welch-Kirmse
_____          _____
Daniel R. Watkins, Esq.                      Kara B. Hendricks
Nevada Bar No.: 11881                        Nevada Bar No.: 7743
R. Samuel Ehlers, Esq.                       Whitney Welch-Kirmse, Esq.
Nevada Bar No.: 9313                         Nevada Bar No.: 12129
8935 S. Pecos Rd., Suite 22A                 10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89074                          Las Vegas, NV 89135
Attorneys for Plaintiff                      Attorney for Defendant

### ORDER

IT IS SO ORDERED.

Dated this __1__ day of December, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT