KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
WHITNEY L. WELCH-KIRMSE, ESQ.
Nevada Bar No. 12129
**GREENBERG TAURIG, LL**P
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email:  hendricksk@gtlaw.com
    welchkirmsew@gtlaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS MCNARY,<br><br>              Plaintiff,<br>vs.<br><br>HIGH STREET LLC, a domestic limited liability company; and DOES 1-50, inclusive<br><br>              Defendants. | Case No.  2:19-cv-02114-GMN-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

It is hereby STIPULATED AND AGREED between Plaintiff, THOMAS MCNARY, by and through his attorneys of record, and Defendant HIGH STREET, LLC, by and through its attorneys of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

record that, in accordance with Fed.R.Civ.P. 41(a)(2), all claims asserted against Defendant HIGH STREET LLC herein are dismissed with prejudice. Each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 12th day of April, 2021.　　　　DATED this 12th day of April, 2021.

**GREENBERG TRAURIG, LLP**　　　　　　**WATKINS & LETOFSKY, LLP**

　/s/Whitney Welch-Kirmse　　　　　　　　　/s/R. Samuel Ehlers
WHITNEY L. WELCH-KIRMSE, ESQ.　　R. SAMUEL EHLERS, ESQ.
Nevada Bar No. 12129　　　　　　　　　　Nevada Bar No. 9313
10845 Griffith Peak Drive, Suite 600　　　　8935 S. Pecos Rd., Ste. 22A
Las Vegas, NV 89135　　　　　　　　　　Henderson, NV 89074

*Attorneys for Defendant*　　　　　　　　　*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

Dated this __14__ day of April, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT